IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| NANCY TIDWELL, on behalf of the ESTATE OF ROBERT TIDWELL, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 06-300-KI |
| vs. | ) ) | ORDER |
| DR. GEORGE DEGNER, et al., | ) ) | |
| Defendants. | ) ) | |

  Michelle R. Burrows
  618 NW Glisan, Suite 203
  Portland, Oregon  97209

    Attorney for Plaintiff

  Hardy Myers
  Attorney General
  Lynne Rennick-Ziegler
  Special Assistant Attorney General
  130 South Comstock, Suite 108
  Sutherlin, Oregon  97479

    Attorneys for Defendants

Page 1 - ORDER

KING, Judge:

The court grants the parties' Joint Motion to Dismiss Certain Claims and Defenses as follows:

This action is dismissed with prejudice against the following defendants:

- Dr. John Stoune;
- Nurse Practitioner Pound and Bradford;
- Nurse Bonner;
- Lanny Ryals; and
- all John Does (1-15)

The following claims are dismissed with prejudice:

- First Claim for Relief alleging 8th and 14th Amendment violations; and
- Third Claim for Relief alleging violations of the Americans with Disabilities Act.

Plaintiff will file an Amended Complaint reflecting the above dismissals before March 18, 2008.

IT IS SO ORDERED.

Dated this _____6th_____ day of February, 2008.

      /s/ Garr M. King
      Garr M. King
      United States District Judge